No. 85–5620.   FRONEBERGER *v.* ARMSTRONG ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5627.   HENDERSON *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 85–5636.   DAVIS *v.* GUPTON, SUPERINTENDENT, PIEDMONT CORRECTIONAL CENTER, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5637.   BEZOTTE *v.* MADISON COUNTY COMMISSIONERS ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5567.   BULLOCK *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS.   Ct. App. Va.   Certiorari denied.

No. 85–5671.   KIMBLE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5675.   DISBROW *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–5689.   GRANT *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5690.   JANKOWSKI *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–5696.   PARRA *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–5697.   SPRINGSTON *v.* PACIFIC INTERMOUNTAIN EXPRESS CO. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–5706.   COLA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–5709.   FOREMAN *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.